

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael L. Cass,                          * From the 238th District Court
                                            of Midland County,
                                            Trial Court No. CV56133.

Vs. No. 11-23-00208-CV                    * August 21, 2025

RIM LLLP (f/k/a RIM LLC and               * Opinion by Trotter, J.
RIM LLP) et al.,                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

     This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Michael L. Cass.